## CARITAS TECHNOLOGIES, INC., Plaintiff–Appellant,

v.

COMCAST CORPORATION, Comcast Cable Communications, LLC, Comcast IP Phone, LLC (doing business as Comcast Digital Voice), and Comcast IP Phone II, LLC, (doing business as Comcast Digital Voice), Defendants–Appellees.

No. 2007–1057.

United States Court of Appeals, Federal Circuit.

Aug. 17, 2007.

Kerry L. Timbers, Bromberg & Sunstein LLP, of Boston, MA, argued for plaintiff-appellant. With him on the brief were Lee Carl Bromberg, Karen A. Buchanan, and Meredith L. Ainbinder.

Daralyn J. Durie, Keker & Van Nest LLP, of San Fransisco, CA, argued for defendant-appellees. With him on the brief were Asim M. Bhansali, and Matthias A. Kamber.

Before NEWMAN, RADER, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36